| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

# FINANCIAL DISCLOSURE REPORT
## Calendar Year 2003

**in Government Act of 1978**
**(5 U.S.C. app. §§ 101-111)**

| | | |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial) Scott, Jeanne E | 2. Court or Organization US Dist. Ct., Cent. Dist.of Il | 3. Date of Report 4/16/2004 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) US Dist. Judge, active status | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address U.S. Courthouse 600 E. Monroe Springfield, Illinois 62701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| | |

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1979 | Ill. Judges' Retirement System — vested right to future pension benefit |
| 2. | 1978 | Ill. Municipal Retirement Fund– right to future pension benefit in accordance with Ill. Retirement Systems Reciprocal Act |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

**A. Filer's Non-Investment Incom**

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

**B. Spouse's Non-Investment Incom** - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scott, Jeanne E | 4/16/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Alcoa common stock | A | Dividend | K | T | | | | | |
| 2. Amer. Express common stock | A | Dividend | K | T | | | | | |
| 3. Tyco Intl. common stock | A | Dividend | J | T | | | | | |
| 4. Bristol Myers Sq. common stock | A | Dividend | J | T | | | | | |
| 5. Intel common stock | A | Dividend | K | T | | | | | |
| 6. Pepsico common stock | A | Dividend | J | T | | | | | |
| 7. Schlumberger common stock | A | Dividend | J | T | | | | | |
| 8. SW Airlines common stock | A | Dividend | J | T | Partial Sale | 9-8 | J | D | |
| 9. Varian Inc. common stock | | None | J | T | | | | | |
| 10. Varian Medical Sys. Inc. common stock | | None | K | T | | | | | |
| 11. Farm rental prop., Sangamon Co.,Ill., appraisal 2-12-90 | B | Rent | K | Q | | | | | |
| 12. Bank One --acct. | A | Interest | L | T | | | | | |
| 13. Natl. Cty. Bank acct. | A | Interest | K | T | | | | | |
| 14. Bank of Spfld. acct. | A | Interest | K | T | | | | | |
| 15. Vanguard Index Trust 500 Fd. | A | Dividend | J | T | | | | | |
| 16. Pioneer Tax-free Inc. Fd., Cl. A | A | Dividend | J | T | | | | | |
| 17. ML CMA Tax-Exempt Money Fd. | A | Dividend | J | T | | | | | |
| 18. ML Cnsmr STPL SPDR MITTS, 4-19-06 | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scott, Jeanne E | 4/16/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Merrill Lynch-IRA | A | Dividend | K | T | | | | | |
| 20. -Alger Midcap Growth, Cl. C | | | | | | | | | |
| 21. -Nations International Value Inv C | | | | | | | | | |
| 22. -ML Bank USA RASP | | | | | | | | | |
| 23. Phil Pa Wtr-Swr Rev 7% Bd. 14th Ser Jun89 0% Oct 01 08 | B | Interest | K | - T | | | | | |
| 24. Washington St. 7.05% CI Bond 0% Oct89 Aug 01 05 | A | Interest | J | T | | | | | |
| 25. Chi Il. Wtr Rev Cap App 7.2%CI Bd. Dec89 0% Nov 15 05 | C | Interest | K | T | | | | | |
| 26. Galveston Tx Pub Imp Cap App 7.05%CI Bd May 90 0% May 01 03 | B | Interest | | | Redeemed | 5-1 | K | A | |
| 27. Brighton Mi Area Sch Dst 7.5% CI SR1 Bd May 90 0% May 01 15 | B | Interest | K | T | | | | | |
| 28. Alaska Enrgy At Pwr Rv Cap App 7.1%CI Bd Oct89 0% Jul 01 06 | C | Interest | K | T | | | | | |
| 29. Penn Cnvtn Ctr Auth Rev Ser A 6.85% BD Jan 90 0% Sept 01 03 | B | Interest | | | Redeemed | 9-2 | K | A | |
| 30. Ind. Transn Fin Auth Hwy Rev A 7.3%CI Bd Jun90 0% Jun 01 04 | C | Interest | K | T | | | | | |
| 31. Thornton Col. 6.75%CI RFDG Bond Mar91 0% Dec 01 07 | B | Interest | K | T | | | | | |
| 32. Conn. St. College Sav Bd Ser A 6.65%CI May92 0% May 15 10 | B | Interest | K | T | | | | | |
| 33. Oak Lawn Il Wtr-Swr Rev 6.8%CI Ser A RFDG Jun92 0% Oct 01 09 | B | Interest | K | T | | | | | |
| 34. Broward Cnty Fla Sch Dist RFDG Bd 6.55%CI Jun92 0% Feb15 08 | B | Interest | K | T | | | | | |
| 35. Chartiers Valley Pa Sch Dist 6.35%CI Bd Jan93 0% Feb 01 07 | B | Interest | K | T | | | | | |
| 36. Judson Tex ISD Sch Bldg 5.85% CI RFDG Bd Mar94 0% Feb01 07 | B | Interest | K | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Scott, Jeanne E | 4/16/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. | Cal St CPN MTIGRS SerB1 Yld 5.5% Bd Sep90 0% Aug01 03 | B | Interest | | – | Redeemed | 8-1 | K | A | |
| 38. | Montour Pa Sch DT New Sch Ser B 5.75%CIBd Aug93 0% Jan01 11 | B | Interest | K | T | | | | | |
| 39. | Hillsbor. Cnty Fl Utl Ref Rev. 7.25%CI A Bd Sep91 0% Aug1 06 | C | Interest | K | T | | | | | |
| 40. | Crowley Tex Indpt Sch Dt Bldg Rfdg7.15%CI Bd Aug91 0%Aug1 16 | B | Interest | K | T | | | | | |
| 41. | Wash. Co Pa at LSE Rev Cap 6.85%CI Bd Apr 92 0% Jun01 20 | B | Interest | K | - T | | | | | |
| 42. | Marine Bank acct. | C | Interest | L | T | | | | | |
| 43. | Transocean Sedco Forex common stock | A | Dividend | | | Sold | 3-31 | J | A | |
| 44. | Carrollton Bank acct | B | Interest | K | T | | | | | |
| 45. | ChevronTexaco Corp. common stock | A | Dividend | J | T | | | | | |
| 46. | Zimmer Holdings Ins. common stock | | None | K | T | | | | | |
| 47. | Georgia Mun. Elec. Ath. Pwr. Rev. B 7.9%Aug.88 0% Jan01 13 | B | Interest | K | T | | | | | |
| 48. | Aim Basic Value Fd., Cl.C | | None | K | T | | | | | |
| 49. | Mass. Investors Growth Stck Fd. Cl.C | | None | K | T | | | | | |
| 50. | State Str. Rsch. Aurora Fd. Cl.C | A | Distribution | K | T | | | | | |
| 51. | Escondido CA Jt Pwrs Fin Auth Rev 6.4% Bd Jan92 0% Sep01 12 | B | Interest | K | T | | | | | |
| 52. | E-470 Pub Hwy at Col Rv 5.43% CI SerB Bd Aug 97 0% Sep01 16 | C | Interest | L | T | | | | | |
| 53. | Midway Tex Indpt Sch Dis 6.2% CI Rf Bd Mar00 0% Aug15 15 | B | Interest | K | T | | | | | |
| 54. | Ill. Nat. Bank acct. | A | Interest | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scott, Jeanne E | 4/16/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. American General Life Ins. Co. whole life insurance policy | A | Interest | K | T | | | | | |
| 56. Cinergy Corp. common stock | | None | J | T | Purchase | 12-12 | J | | |
| 57. Hawaii St. 7.5% CI SerBL Bd Dec88 0% Dec 01 06 | A | Interest | K | T | Purchase | 9-5 | K | | |
| 58. Harris Cnty Tex 5.9% CI RFDG Bd Nov96 0% Oct 01 13 | A | Interest | L | T | Purchase | 8-25 | K | | |
| 59. Clovis Ca Uni Sch Dist SerB 4.62% CI Bd Oct02 0% Aug01 17 | A | Interest | L | T | Purchase | 4-30 | L | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

The interest shown on lines 18, 23-41, 47, 51-53, and 57-59 of Part VII is original issue discount.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Scott, Jeanne E | 4/16/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date _April 16, 2004_

NOTE: ANY [████████]LFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY
BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544